IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| GUILLERMO SAN MIGUEL MARTINEZ AND MAURA SANCHEZ, INDIVIDUALLY, AND AS REPRESENTATIVES OF THE ESTATE OF GUILLERMO SAN MIGUEL SANCHEZ, DECEASED<br>*Plaintiffs,*<br><br>VS.<br><br>HIDALGO COUNTY, BRIAN AYALA, INDIVIDUALLY AND IN HIS OFFICAL CAPACITY AS A SHERIFF'S DEPUTY FOR HIDALGO COUNTY, AND JUAN FLORES, INDIVIDUALLY AND IN HIS CAPACITY AS A SHERIFF'S DEPUTY FOR HIDALGO COUNTY<br>*Defendants.* | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. |

NOTICE OF REMOVAL BY
DEFENDANT HIDALGO COUNTY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES HIDALGO COUNTY, Defendant herein, and file this, its Notice of Removal under 28 U.S.C. §1446(a).

A. Introduction

1.  Plaintiffs are GUILLERMO SAN MIGUEL MARTINEZ and MAURA SANCHEZ, Individually, and as REPRESENTATIVES OF THE ESTATE OF GUILLERMO SAN MIGUEL SANCHEZ, Deceased; Defendants are HIDALGO COUNTY, BRIAN AYALA, and JUAN FLORES.

2.  On October 4, 2022, plaintiffs sued defendant Hidalgo County for state law claims in the 332nd Judicial District Court in Hidalgo County, Texas. (See **Exhibit A**, Plaintiff's Original Petition in Cause No. C-3842-22-F). In such Petition, Plaintiffs brought

claims under the following state laws: Wrongful Death, Subchapter A, Chapter 71 of the Texas Civil Practice and Remedies Code, Survival Claim under Subchapter A, Chapter 71 of the Texas Civil Practice and Remedies Code, and the Texas Tort Claims Act. *Id.* No causes of action were pleaded under federal law therein.

3. Defendant Hidalgo County filed its Answer on October 31, 2022. On June 1, 2023, the Judge of the 332nd District Court transferred this case to the 476th District Court. See **Exhibit B**, Transfer Order.

4. Plaintiffs filed their 1st Amended Petition on October 5, 2023, at 11:30 p.m., added Juan Flores and Brian Ayala as Defendants in both their individual and official capacities, and for the first time, added "Municipal Liability" claims under federal law against all defendants, being 42 USC §1983 and 1988. (See **Exhibit C**, Plaintiff's First Amended Original Petition in Cause No. C-3842-22-M, at pp. 6-12, which is attached hereto for reference as if set out herein *verbatim*). Such allegations create a federal question as provided in 28 U.S.C. §1446(a), in that the plaintiffs' claimed rights to relief are created by the specified federal statutes being 42 USC §1983 and 1988. Plaintiffs clearly waited until one day after one year had passed from the date of filing the original petition in state court alleging only ephemeral and capped state claims, in a bad faith attempt to prevent removal by the County Defendant and avoid federal court jurisdiction over what obviously was planned to become a federal claim from the outset. Accordingly the one year limit should not be enforced in this case.

5. Juan Flores and Brian Ayala have *not* been served, but they have *consented* to and *join in* this Removal by their signatures hereto.

6. Defendant Hidalgo County received notice of the 1st Amended Petition and the federal law claims on October 6, 2023. Although this case was not removable when originally filed, it became removable on October 5, 2023, at 11:30 p.m., when Plaintiffs amended their original petition and pleaded causes of action under 42 USC §1983 and 1988. See 28 U.S.C. §1446(b); *Sullivan v. Conway*, 157 F.3d 1092, 1094 (7th Cir. 1998). Defendant County files this notice of removal within 30 days after receiving the 1st Amended Petition.

## B. Basis for Removal

7. Removal is proper because plaintiff's suit involves a federal question. 28 U.S.C. §§1331, 1441(b); *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, as set out above, plaintiffs added claims arising under 42 USC §1983 and 1988, and such claims for relief arise from the subject federal law.

8. All other defendants who have been sued consent to the removal of this case to federal court. *Harper v. AutoAlliance Int'l, Inc.*, 392 F.3d 195, 201-02 (6th Cir. 2004).

9. Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because the Hidalgo County state court where the suit has been pending is located in this district.

11. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## C. Jury Demand

12. Plaintiffs demanded a jury in the state-court suit.

## D. Conclusion

12. For the reasons set out herein, Defendant Hidalgo County asks the court to remove the suit to the United States District Court, Southern District of Texas, McAllen Division, *instanter*.

Signed and filed this the 3rd day of November 2023.

Respectfully submitted,

*/s/ Preston Edward Henrichson*

PRESTON EDWARD HENRICHSON
Texas Bar No. 09477000
Federal I.D. # 1922
HENRICHSON LAW PLLC
10113 N. 10th St., Ste. E-South
McAllen, Texas 78504
Telephone: (956) 383-3535
Facsimile: (956) 383-3585
E-mail: preston@henrichsonlaw.com &
renda@henrichsonlaw.com
Attorney In Charge for Defendant County

## CONSENT TO AND JOINIDER IN REMOVAL

The undersigned named but unserved Defendants consent to and join in the Removal of this lawsuit from State District Court to the United States District Court in the Southern District, McAllen Division as noticed herein.

Juan Flores, Newly Named Defendant

Brian Ayala, Newly Named Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the

following counsel of record for Plaintiffs *via e-service* on this 3rd day of November 2023, in

accordance with both the Federal and the Texas Rules of Civil Procedure, and 28 U.S.C. §1446:

Raul A. Guajardo
LAW OFFICE OF RAUL A. GUAJARDO, P.L.L.C.
706 E. University Drive
Edinburg, Texas 78539
VIA ECF: Raul@raulguajardo.com


And


Katie P. Klein
DALE & KLEIN, L.L.P.
1100 E. Jasmine, Ste. 202
McAllen, Texas 78501
VIA ECF: Office@daleklein.com


Preston E. Henrichson