United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GUILLERMO SAN MIGUEL MARTINEZ, *et al.*, | § § § |
| Plaintiffs, | § § |
| VS. | §  CIVIL ACTION NO. 7:23-CV-00388 |
| HIDALGO COUNTY, *et al.*, | § § § |
| Defendants. | § |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Defendants' Motion for Final Summary Judgment (Dkt. No. 57), the Court hereby **ORDERS** that all claims asserted by Plaintiffs against Defendants in this action are **DISMISSED** with prejudice.

All relief not expressly granted is **DENIED**.

SO ORDERED June 30, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge