United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUILLERMO SAN MIGUEL MARTINEZ, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:23-CV-00388 |
| HIDALGO COUNTY, *et al.*, | § § | |
| Defendants. | § § § | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

Now before the Court is the Motion for Substitution of Party brought pursuant to Federal Rule of Civil Procedure 25(a)(1), seeking to substitute the potential heirs of Maura Sanchez for this Plaintiff. (Dkt. No. 59). Although the Motion was filed timely, within 90 days of Defendants' suggestion of Maura's death, it also postdates the Court's entry of final summary judgment in Defendants' favor. *See* FED. R. CIV. P. 25(a)(1); (Dkt. Nos. 50, 57). To the extent necessary to allow the Court to rule on Plaintiffs' simultaneously filed Rule 59(e) Motion to Alter or Amend that final judgment, *see* (Dkt. No. 60), the Court hereby **ORDERS** that the Motion is **GRANTED** and the following persons are substituted for Maura Sanchez: Elsa M. Coronado, Magdalena Conde, Zenaida Sanchez, Cecilia Tusing, Mirta San Miguel, Alejandro San Miguel, and Mauro San Miguel.

SO ORDERED November 7, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1